**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Jermaine BECKHAM,
Defendant–Appellant.**

**No. 12–7281.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 26, 2012.

John Jermaine Beckham, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Jermaine Beckham appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Beckham*, No. 3:00–cr–00136–GCM–4 (W.D.N.C. June 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*